**No. 09-10025. Christopher Ynosencio Ysais, Petitioner v. New Mexico Children, Youth and Families Department, et al.**

561 U.S. 1050, 131 S. Ct. 48, 177 L. Ed. 2d 1138, 2010 U.S. LEXIS 5655.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 956, 130 S. Ct. 3390, 177 L. Ed. 2d 309, 2010 U.S. LEXIS 4586.

**No. 09-10074. James Francis, Petitioner v. Kentucky River Coal Corporation.**

561 U.S. 1050, 131 S. Ct. 48, 177 L. Ed. 2d 1138, 2010 U.S. LEXIS 5644.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 915, 130 S. Ct. 3301, 176 L. Ed. 2d 1203, 2010 U.S. LEXIS 4030.

**No. 09-10115. Henry J. Palmer, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

561 U.S. 1051, 131 S. Ct. 51, 177 L. Ed. 2d 1138, 2010 U.S. LEXIS 5641.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 560 U.S. 944, 130 S. Ct. 3362, 176 L. Ed. 2d 1255, 2010 U.S. LEXIS 4559.

**No. 09-10210. Ronnie Junior Ellis, Petitioner v. Doctor Marietta, et al.**

561 U.S. 1050, 131 S. Ct. 48, 177 L. Ed. 2d 1138, 2010 U.S. LEXIS 5669.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 970, 130 S. Ct. 3422, 177 L. Ed. 2d 333, 2010 U.S. LEXIS 4819.

**No. 09-10242. Charles R. Getz, Jr., Petitioner v. Stanley Taylor, et al.**

561 U.S. 1050, 131 S. Ct. 48, 177 L. Ed. 2d 1138, 2010 U.S. LEXIS 5663.

August 16, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1012, 130 S. Ct. 3470, 177 L. Ed. 2d 1067, 2010 U.S. LEXIS 5010.

**No. 09-10285. Wilfredo Collado, Petitioner v. Florida.**

561 U.S. 1050, 131 S. Ct. 49, 177 L. Ed. 2d 1138, 2010 U.S. LEXIS 5678.

August 16, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1013, 130 S. Ct. 3472, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5069.

**No. 09-10300. Ronald R. Cole, Petitioner v. Nichalas Hiland, et al.**

561 U.S. 1050, 131 S. Ct. 49, 177 L. Ed. 2d 1138, 2010 U.S. LEXIS 5642.

August 16, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1029, 130 S. Ct. 3508, 177 L. Ed. 2d 1096, 2010 U.S. LEXIS 5423.